**FILED**

MAY 23 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INFORMATION |
| Plaintiff, ) | |
| ) | CASE NO. **1:25MJ08002** |
| v. ) | Title 18, United States Code, |
| SUE V. YARKER, ) | Section 641 |
| Defendant. ) | **MAG. JUDGE SHEPERD** |

COUNT 1

(Theft of Government Property, 18 U.S.C. § 641)

The United States Attorney charges:

In or around June 2015 through on or about June 12, 2020, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant SUE V. YARKER, in a continuing course of conduct, knowingly and willfully embezzled, stole, purloined, and converted to her own use money belonging to the Social Security Administration, an agency of the United States, to wit: Title II Retirement Insurance benefits in violation of Title 18, United States Code, Sections 641.

CAROL M. SKUTNIK
Acting United States Attorney

By: *[signature]*

Kelly L. Galvin
Chief, General Crimes Unit